UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)  3:09-md-02100-DRH<br>)<br>)  MDL No. 2100<br>) |

**This Document Relates to:**

| | |
|---|---|
| *Barbara McGill v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13729-DRH |
| *Amy Woods v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13210-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 4, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
       **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.09.08
13:19:14 -05'00'

APPROVED:
         DISTRICT JUDGE
         U. S. DISTRICT COURT